[No. 12701-0-III.    Division Three.    June 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
RAYMOND ZIMMERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01053-5, Harold D. Clarke, J., entered September 8, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 16570-8-II.    Division Two.    June 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ARANDA
MAGDALENO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-03257-2, Brian M. Tollefson, J., entered October 23, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 28036-8-I.    Division One.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE DEVON
WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00387-7, Daniel T. Kershner, J., entered February 25, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Coleman, J.

[No. 29775-9-I.    Division One.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
CHARLES DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02341-3, Peter K. Steere, J., entered December 17, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.